IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **KAREN ERICKSON,** <br> 10 Hingham Street <br> Rockland, MA 02370 <br><br> Plaintiff, <br><br> vs. <br><br> **ELI LILLY AND COMPANY,** <br> Lilly Corporate Center <br> Indianapolis, IN  46285 <br><br> **Defendant**. | CIVIL ACTION NO. 1:05-cv-2062-RBW |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated:  October 21, 2005

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

    /s/ John Chadwick Coots
John Chadwick Coots, DC Bar No. 461979
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

126779v1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 21st day of October, 2005, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

    /s/ John Chadwick Coots
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**

- 2 -

126779v1