## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KAREN ERICKSON,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **Civil Action No.: 05-cv-2062 (RBW)** |
| | ] | **Next Event:** |
| **ELI LILLY AND COMPANY,** | ] | |
| | ] | |
| **Defendant.** | ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON

M. LEVINE & ASSOCIATES as counsel for plaintiff KAREN ERICKSON in the above-referenced

matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Renee L. Robinson-Meyer
RENEE L. ROBINSON-MEYER, #455375
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046