**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KAREN ERICKSON,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ] Civil Action No.: 05-cv-2062 (RBW) |
| | ] Next Event: |
| **ELI LILLY AND COMPANY,** | ] |
| | ] |
| **Defendant.** | ] |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff KAREN ERICKSON in the above-referenced matter.

                                                Respectfully submitted,

                                                AARON M. LEVINE & ASSOCIATES

                                                /s/ Steven J. Lewis
                                                STEVEN J. LEWIS, #472564
                                                1320 19th Street, N.W., Suite 500
                                                Washington, DC  20036
                                                202-833-8040
                                                Fax: 202-833-8046