IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *
KAREN ERICKSON,                      *
10 Hingham Street                    *
Rockland, MA 02370                   *
                                     *
            Plaintiff,               *
                                     *   CIVIL ACTION NO. 1:05-cv-2062-RBW
      vs.                            *
                                     *
ELI LILLY AND COMPANY,               *
Lilly Corporate Center               *
Indianapolis, IN 46285               *
                                     *
            Defendant.               *
* * * * * * * * * * * ** * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated:  October 24, 2005                    Respectfully Submitted,

                                            SHOOK, HARDY & BACON, L.L.P.

                                            ___/s/ Emily J. Laird_____
                                            Emily J. Laird, DC Bar No. 485890
                                            600 14th Street, N.W., Suite 800
                                            Washington, D.C. 20005-2004
                                            (202) 783-8400 Telephone
                                            (202) 783-4211 Facsimile

                                            **ATTORNEYS FOR DEFENDANT
                                            ELI LILLY AND COMPANY**

126799v1

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 24th day of October, 2005, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036

**Attorneys for Plaintiff**

                /s/ Emily J. Laird
              **ATTORNEY FOR DEFENDANT**
              **ELI LILLY AND COMPANY**

126799v1