UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KAREN ERICKSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2062 (RBW) |
| ELI LILLY & CO., | ) |
| Defendant. | ) |

## SCHEDULING ORDER

The parties appeared before the Court on February 24, 2006, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 27th day of February, 2006, hereby **ORDERED** that

1. The case shall be placed on the standard track.

2. The parties agree to dispense with initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3. The parties shall amend their pleadings or join additional parties by March 31, 2006.

4. The parties agree to serve all discovery requests by June 26, 2006.

5. The plaintiff shall serve her expert reports pursuant to Rule 26(a)(2) by July 26, 2006, and the defendant shall serve its expert reports pursuant to Rule 26(a)(2) by October 24, 2006.

6. Discovery shall be concluded by December 15, 2006.

7. A status conference shall be held on December 15, 2006 at 11:30 a.m. in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

                                              REGGIE B. WALTON
                                              United States District Judge