IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN ERICKSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 1:05-cv-2062-RBW<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Unopposed Motion to Transfer to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a),

IT IS HEREBY ORDERED that Eli Lilly and Company's Unopposed Motion is granted;

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1404(a), this case is transferred to the United States District Court for the District of Massachusetts.

Dated: _____, 2006    _____
　　　　　　　　　　　　　　　　　　　　　The Honorable Reggie B. Walton

cc:　　Appended list of counsel of record

130446v1

- 2 -

## COUNSEL OF RECORD

Aaron M. Levine
Aaron Levine & Associates
1320 19th St., N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

Michelle R. Mangrum, Esq.
Shook, Hardy & Bacon L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
**Attorneys for Defendant**
**Eli Lilly and Company**